# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GEORGE I. OJEISEKHOBA,

    Plaintiff,

vs.

I.C.E., et al.,

    Defendants.

Case No. 2:12-CV-01415-GMN-(PAL)

**ORDER**

Plaintiff, who is a prisoner in custody at the Henderson Detention Center, see 28 U.S.C. § 1915(h), has submitted an application to proceed in forma pauperis (#1) and a civil rights complaint pursuant to 42 U.S.C. § 1983. The court dismisses this action because plaintiff did not include with his application (#1) a financial certificate and a copy of his inmate account statement, as required by 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2.

IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (#1) is **DENIED** without prejudice.

IT IS FURTHER ORDERED that the clerk of the court shall send plaintiff a blank form for an application to proceed in forma pauperis for incarcerated litigants and a blank civil rights complaint form with instructions.

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice to plaintiff's commencement of a new action in which he either pays the filing fee in full or submits a complete application to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall enter judgment accordingly.

DATED this 20th day of August, 2012.

                                            Gloria M. Navarro
                                            United States District Judge